IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LESLIE WHITE,** | § | |
| Plaintiff | § | |
| | § | |
| | § | **CIVIL ACTION NO. 3:20-cv-01396-L** |
| v. | § | |
| | § | |
| | § | |
| | § | |
| **HKS, INC.** | § | |
| Defendant | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff Leslie White provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

Answer: None.

A complete list of all persons, associations or persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Leslie White
2. HKS, Inc.
3. Marshay Iwu

1

Date: May 29, 2020

    Respectfully submitted,

    **/s/ Marshay Iwu**
    Marshay Iwu
    State Bar No. 24083204
    400 South Zang Blvd., Suite 1200
    Dallas, Texas 75208
    (469) 458-3540 PHONE
    (972) 308-6011 FAX
    marshayiwu@lawyersdemandingjustice.com

    **ATTORNEY FOR PLAINTIFF**