AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| White | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:20-cv-01396-L |
| | ) | |
| HKS Inc | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** HKS Inc

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Marshay Iwu
    400 S. Zang Blvd.
    Suite 1200
    Dallas, TX 75208

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

DATE: 06/01/2020

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-01396-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Kimberly Hightower, who is designated
by law to accept service of process on behalf of *(name of organization)* CT Corporation
a Wolters Kluwer Company on *(date)* June 15, 2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 6/15/20

Ashley [signature]
Server's signature

Ashley Johnson
Printed name and title

201 Plantera Rd Sunnyvale Tx 75182
Server's address

Additional information regarding attempted service, etc: